## Paci *v.* Paci, Appellant.

Argued March 17, 1975. *Manuel A. Spigler,* with him *Mark Braverman,* and *Stassen, Kostos and Mason,* for appellant; *Theodore A. Schwartz,* with him *Casper & Muller,* for appellee.

Order affirmed.

## Plant Chemical Company *v.* Sitkin Smelting & Refining Co., Appellant.

opinion by KELLER, J. Argued March 10, 1975. *Richard M. Mohler,* for appellant; *Albert Houck,* for appellee.

Order affirmed.

## Pomerantz et ux. *v.* Goldstein, Appellant.

Argued March 17, 1975. *Robert S. Robbins,* for appellant; *Alan David Silverman,* with him *Gold & Silverman,* for appellees.

Judgment affirmed.

## Reber *v.* Reber, Appellant.

order by BROWN, J. Argued March 19, 1975. *W. Diener,* with him *Carl F. Mogel,* and *Balmer, Mogel, Speidel & Roland,* for appellant; *Grant E. Wesner,* with him *Wesner & Wesner,* for appellee.